WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Clinkenbeard,<br><br>    Petitioner,<br><br>v.<br><br>Charles L Ryan, and Unknown Macadori,<br><br>    Respondents. | No. CV-15-01538-PHX-JAT<br><br>**ORDER** |

    Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition").  The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 25) recommending that the Petition be denied.

    Neither party has filed objections to the R&R.  Accordingly, the Court hereby accepts the R&R.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

    Based on the foregoing,

    **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc.

1  25) is **ACCEPTED**; accordingly,

2  • Petitioner's Petition for Writ of Habeas Corpus is denied and dismissed with prejudice,

4  • in the event Petitioner files an appeal, issuance of a certificate of appealability is denied for the reasons stated in the R&R, and

6  • the Clerk of the Court shall enter judgment of dismissal with prejudice.

Dated this 19th day of October, 2016.

James A. Teilborg
Senior United States District Judge